379 A.2d 577

Commonwealth v. Barnes, Appellant.

Submitted December 22, 1976. Colie B. Chappelle, and Chappelle, Gibbs & Leon, for appellant; Shelley Robins New, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Order affirmed.

379 A.2d 577

Commonwealth v. Bell, Appellant.

Submitted April 2, 1976. Richard A. McDaniel, for appellant; Charles F. Gallagher, Assistant District Attorney, and F. Emmett Fitzpatrick, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.